IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **GABRIEL HACKER**, **HANNAH OLSON**, and **LAUREN RADCLIFFE**, individuals,<br><br>Plaintiffs,<br><br>v.<br><br>**ST. CHARLES HEALTH SYSTEM, INC.**, an Oregon corporation,<br><br>Defendant. | Case No. 3:23-cv-01530-IM<br><br>**ORDER GRANTING STIPULATED DISMISSAL AND REMAND** |

**IMMERGUT, District Judge.**

    Consistent with the Parties' joint stipulation, ECF 14, this Court DISMISSES Plaintiff Hacker's claims without prejudice, with each party to pay its own costs and attorney's fees as pertaining to prosecuting and defending against Plaintiff Hacker's claims, and REMANDS this case (Case No. 23CV24330) to the Circuit Court of the State of Oregon for the County of Multnomah for further proceedings.

    IT IS SO ORDERED.

PAGE 1 – ORDER

DATED this 5th day of December, 2023.

/s/ Karin J. Immergut
Karin J. Immergut
United States District Judge

PAGE 2 – ORDER